IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 2:21-CV-00034-FL

**Lillie Brown Clark**, as the Administrator of the Estate of Andrew Brown, Jr.,

    Plaintiff,

v.

**Daniel Meads**, et al.,

    Defendants.

**Order**

Plaintiff Lillie Brown Clark asked the court to require the North Carolina State Bureau of Investigation to release an investigative report that is relevant to this case. D.E. 83. The parties ask the court to enter a protective order regarding the further use and disclosure of the report, but disagree on the terms of that order.

The court will hold a hearing on the matter on Tuesday, May 3, 2022 at 1:30 p.m. in the Terry Sanford Federal Building, Raleigh North Carolina.

The court requests that a representative of the North Carolina State Bureau of Investigation attend the hearing. The Clerk of Court should serve this order on the Attorney General of North Carolina.

Dated: April 20, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge