IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 2:21-CV-00034-JG

| | |
|---|---|
| **Lillie Brown Clark**, as the Administrator of the Estate of Andrew Brown, Jr., <br><br> Plaintiff, <br><br><br><br><br><br> **Daniel Meads**, et al., <br><br> Defendants. | **ORDER** |

This Matter, having come before the Court on Plaintiff's Motion for Leave to File Supplemental Materials Regarding Approval of the Settlement as to the Minors' Proceeds Under the Settlement Under Seal, and

It Appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Plaintiff's is granted Leave to File Under Seal, Supplemental Materials Regarding Approval of the Settlement as to the Minors' Proceeds Under the Settlement.

So, ORDERED This_____/_____ 2022.

_____
James E. Gates
United States Magistrate Court Judge