IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:21-cv-00034-JG

| | |
|---|---|
| LILLIE BROWN CLARK, as the Administrator for the Estate of Andrew Brown Jr., <br><br> Plaintiff, <br><br> v. <br><br> Investigator DANIEL MEADS, in his individual capacity; Deputy Sheriff II ROBERT MORGAN, in his individual capacity; Cpl. AARON LEWELLYN, in his individual capacity; Sheriff TOMMY S. WOOTEN II, in his official capacity; and WESTERN SURETY BONDING COMPANY, surety for Sheriff Tommy S. Wooten II, <br><br> Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned case, by and through the undersigned counsel, hereby dismisses this case against Defendants Investigator Daniels Meads, in his individual capacity, Deputy Sheriff Robert Morgan, in his individual capacity, Cpl. Aaron Lewellyn, in his individual capacity, Sheriff Tommy S. Wooten, II in his official capacity, and Western Surety Bonding Company, surety for Sheriff Tommy S. Wooten, II with prejudice. Defendants consent to this dismissal with prejudice.

**WE SO STIPULATE**:

/s/Harry M. Daniels
Harry M. Daniels
The Law Offices of Harry M. Daniels, LLC
233 Peachtree St. NE Ste. 1200
Atlanta, GA 30303
Tel. 678.664.8529

Fax. 800.867.5248
daniels@harrymdaniels.com
Georgia Bar No.: 234158

Special Appearance of counsel for Plaintiff in the above captioned matter, in accordance with Local Civil Rule 83.1(d)

**WE SO STIPULATE:**

/s/Chantel Cherry-Lassiter
Chantel Cherry-Lassiter
CCL LAW OFFICE, PLLC.

1851 W. Ehringhaus St. #136
Elizabeth City, NC 27909
Tel. 252.999.8380
Fax. 252.999.8381
chantelcherrylassiter@ccllaw.org
NC Bar No.: 54345
Local Counsel Rule 83.1(d) Counsel for Plaintiff

**WE SO STIPULATE:**

/s/Chance D. Lynch
Chance D. Lynch
LYNCH LAW, PLLC.
1015A Roanoke Ave. Suite A Roanoke Rapids, NC 27870

Tel. 252.507.0110
chancelynch@lynchlaw.org
NC Bar No.: 39872
Local Counsel Rule 83.1(d) Counsel for Plaintiff

September 14, 2022

**WE SO STIPULATE:**

/s/Bakari Sellers
STROM LAW FIRM
6923 N. Trenholm Road
Columbia, SC 29206
Tel. 803-252-4800

bsellers@stromlaw.com
S.C. Bar #: 79714
Special Appearance of counsel for Plaintiff in the above captioned matter, in accordance with Local Civil Rule 83.1(d)

**WE SO STIPULATE:**

/s/Christopher J. Geis
Ripley Rand
Sonny Hayes
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston Salem, NC 27101
336-721-3543
Fax: 336-726-2221
Email: Chris.Geis@wbd-us.com
N.C. State Bar No.: 25523

Frederick Hughes Bailey, III
Sumrell Sugg
416 Pollock Street
New Bern, NC 28560
252-633-3131
Email: fbailey@nclawyers.com

Dan McCord Hartzog , Jr.
Hartzog Law Group LLP
2626 Glenwood Avenue, Suite 305
Raleigh, NC 27608
919-480-2450
Fax: 919-480-2450
dhartzogjr@hartzoglawgroup.com
Email: norwood@cmclawfirm.com

Norwood P. Blanchard , III
Crossley McIntosh Collier Hanley &
Edes, PLLC
5002 Randall Parkway
Wilmington, NC 28403
910-762-9711
Email: norwood@cmclawfirm.com

September 14, 2022